**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REGINALD SMITH,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

25-CV-9846 (LJL) (JW)

**ORDER**

**JENNIFER E. WILLIS, United States Magistrate Judge.**

The Administrative Record was filed on May 5, 2026. Dkt. No. 11. According to the Court's scheduling order Plaintiff's motion for judgment on the pleadings was due 30 days later. Dkt. No. 4. No motion has been filed on ECF. Plaintiff will be give another chance to file the motion, which must be filed by **July 31, 2026**. Additionally, Plaintiff is to file a short letter on ECF explaining why the deadline was not met.

SO ORDERED.

Dated: New York, New York
July 13, 2026

Jennifer E. Willis
JENNIFER E. WILLIS
United States Magistrate Judge